617 F.2d 536
 WARREN JONES COMPANY, Appellant,
v.
COMMISSIONER OF INTERNAL REVENUE, Appellee.
 No. 77-3986.
 United States Court of Appeals, Ninth Circuit.
 April 25, 1980.
 
 1
 Appeal from the Tax Court of the United States.
 
 
 2
 David E. Ketter, Seattle, Wash., for appellant.
 
 
 3
 Richard W. Perkins, Tax Div., Dept. of Justice, Washington, D. C., argued for appellee; M. Carr Ferguson, Tax Div., Washington, D. C., on brief.
 
 
 4
 Before GOODWIN and FERGUSON, Circuit Judges, and WILLIAMS,* District Judge.
 
 
 5
 The judgment of the Tax Court is affirmed substantially for the reasons set forth in the decision of the Tax Court reported at 68 T.C. 837 (1977).
 
 
 
 *
 The Honorable Spencer M. Williams, United States District Judge for the Northern District of California, sitting by designation